IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-332 |
| AUSTIN C. GREEN, | ) | Court Date: August 24, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1676816)

THE OFFICE OF THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about June 12, 2026, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AUSTIN C. GREEN, drove a vehicle on a highway recklessly and in such a manner so as to endanger the life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-852.)

Respectfully submitted,

By: /s/

Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 19, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: __________/s/_____________

Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov